FILED
April 15, 2020 11:00 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __LEP__ SCANNED BY: __/4/15

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JONES, #168654,
    PETITIONER,

VS

JACK KOWALSKI,
    RESPONDENTS,
_____/

HON. ROBERT J JONKER

CASE #1:15-CV-1338

## NOTICE OF PETITIONERS OBJECTION TO THE REPORT AND RECOMMENDATION
### (WITH BRIEF IN SUPPORT FOTHCOMING)

PETITIONER, HEREBY BRINGS THIS NOTICE OF OBJECTION TO THE REPORT AND RECOMMENDATION AND SUBMITS ON THE RECORD THAT THE PETITIONER IS IN FACT FILING THE BRIEF IN SUPPORT TO THE REPORT AND RECOMMENDATION AND IT WILL BE FORTHCOMING TO THE CLERKS OFFICE FOR FILING IN THE COURT AND STATES THE FOLLOWING GROUNDS.

1 THE PETITIONER OBJECTS TO THE REPORT AND RECOMMENDATION.

2. THE PETITIONER IS PREPARING THE BRIEF IN SUPPORT OF THE OBJECTION TO THE REPORT AND RECOMMENDATION AND IT WILL BE FORTHCOMING IN THE DAYS AHEAD.

3 PETITIONER REQUIRES A TIME TO PREPARE IT AND MUST HAVE TIME IN THE LAW LIBRARY TO FILE IT.

4. PETITIONER STATES FORMALLY ON THE RECORD THAT HE **COMPLETELY AND ADAMANTLY OBJECTIONS TO THE REPORT AND RECOMMENDATION AND ASKS THE COURT TO NOT ADOPT THE REPORT AND RECOMMENDATION**.

5. THE PETITIONER WILL STATE WITH CLARITY WHY THE PETITIONER SEEKS TO HAVE THE COURT OVERRULE THE REPORT AND RECOMMENDATION AND STATES ADAMANTLY, STRONGLY AND ASSERTS THAT THE DISTRICT COURT SHOULD NOT ADOPT THE REPORT AND RECOMMENDATION TO DENY THE WRIT BUT IN FACT, **SHOULD GRANT THE WRITE OF HABEAS COURPUSE**.

6. THE PETITIONER STATES THAT HE IS BEING CONFINED IN VIOLATION OF THE LAWS, CONSTITUTIONS OR TREATIES OF THE UNITED STATES AND

MOVES TO HAVE THE OBJECTION TO THE REPORT AND RECOMMENDATION BE DENIED AND TO ASK THE COURT TO GRANT THE WRIT OF HABEAS CORPUS. THE UNDERSIGNED WILL HAVE A BRIEF IN SUPPORT PROVIDED TO THIS COURT ARGUING THE GROUNDS AND REASONS WHY THE COURT SHOULD GRANT THE WRIT OF HABEAS CORPUS AND AGAIN, PETITIONER STATES THAT THE PETITIONERS FORMAL OBJECTION IS ON THE RECORD THROUGH THIS NOTICE.

RESPECTFULLY YOURS,

*William A. Jones*

MR. WILLIAM JONES
#168654
MCF-2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

PROOF OF SERVICE

I SWEAR THAT I MAILED ONE COPY OF THIS PLEADING TO THE RESPONDENTS AT: MICHIGAN ATTORNEY GENERAL PO BOX 30217-LANSING, MI 48909 AND PLACING IT IN THE U.S. MAIL ON APRIL 10, 2020.

*William A. Jones*

WILLIAM JONES
168654

(2)

William A. Jones #768654
2400 S. Sheridan Dr.
Muskegon, Michigan.
49444.



Clerk OF The Court
Clerk - U.S. District Court
399 Federal Building
Grand Rapids, Michigan.
49503

49503$9999