UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
July 15, 2020 9:56 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ns SCANNED BY: TB 7/15/20

WILLIAM ANTHONY JONES,
    PETITIONER,

VS

JACK KOWALSKI
    RESPONDENT,
_____/

CASE NO 1:15-CV-1338
HON. ROBERT J. JONKER

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT ON THIS 18TH DAY OF MAY 2020, THE PETITIONER, WILLIAM ANTHONY JONES, REQUESTS THAT THIS COURT BEGIN THE APPEAL PROCESS IN THE ABOVE CAUSE AND HEREBY MOVES THIS COURT TO PLACE THE NOTICE OF APPEAL SEEKING THE COURT OF APPEALS REVIEW ON THE RECORD AS THAT THE PETITIONER BELIEVES THAT THE DECISION ENTERED BY JUDGE JONKER WHEN HE ADOPTED THE REPORT AND RECOMMENDATION WAS AND IS WRONG AND IT SHOULD BE REVERSED AND A CERTIFICATE OF APPEALABILITY SHOULD BE GRANTED ON THIS MATTER.

PLEASE BEGIN THE APPEAL PROCESS IN THIS CASE AND PROVIDE ME WITH THE DOCUMENTS THAT WILL AID ME IN THE APPEAL OF THE DISTRICT COURTS MAY 6, 2020 DECISION.

THANK YOU FOR YOUR TIME.
RESPECTFULLY YOURS,

*(signature)*

WILLIAM ANTHONY JONES
#168654
MCF-2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

MR. WILLIAM JONES
# 168659
MCF-2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

CLERK-U.S. DISTRICT COURT
399 FEDERAL BUILDING
GRAND RAPIDS, MI 49503

4950399999