**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 21, 2020

Mr. William Anthony Jones
Muskegon Correctional Facility
2400 S. Sheridan Drive
Muskegon, MI 49442

Re: Case No. 20-1696, *William Jones v. Sherry Burt*
Originating Case No. : 1:15-cv-01338

Dear Mr. Jones:

This appeal has been docketed as case number **20-1696** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

You have until **August 20, 2020,** to either pay the $505.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with the U.S. District Court. **Failure to do one or the other may result in the dismissal of the appeal without further notice**. If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

For this appeal to proceed, the district court or this court must issue a certificate of appealability (COA) stating at least one issue for review. If the district court has denied the COA as to some or all issues, this court will review all issues rejected by the district court. You do not need to take any further action for this review to occur. However, if you choose to do so, you may submit **one signed** motion to grant a COA with this court, stating the issues for review and why this court should review them. If that is your choice, please do so as soon as possible. 6th Cir. R. 22(a).

This court's review may take several months. If both the district court and this court deny a certificate of appealability as to all issues, the appeal cannot proceed and will be closed. 28 U.S.C. § 2253(c).

Sincerely yours,

s/Karen S. Fultz
Case Manager
Direct Dial No. 513-564-7036

cc: Mr. John S. Pallas

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 20-1696**

WILLIAM ANTHONY JONES

    Petitioner - Appellant

v.

SHERRY L. BURT, Warden

    Respondent - Appellee