# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:15-cv-01338-RJJ | 11/23/2020 | 3:23 - 4:03 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Jones #168654 v. Jackson |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Pro Per | Petitioner |
| Linus Richard Banghart-Linn | Respondent |

## PROCEEDINGS

**NATURE OF HEARING:**

Evidentiary Hearing held; hearing continued to later date.

Proceedings Digitally Recorded
Deputy Clerk: J. Wright